**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIEL CONTINI,**
                **Plaintiff,**

**-vs-**                                        **Case No. 6:06-cv-432-Orl-18UAM**

**UNITED TROPHY MFG., INC.,**
                **Defendant.**

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **MOTION TO STAY FURTHER PROCEEDINGS AS TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES & COSTS (Doc. No. 59)** |
| **FILED:** | **July 19, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEYS' FEES (Doc. No. 49)** |
| **FILED:** | **June 20, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED without prejudice**.

    On June 12, 2007, the Honorable G. Kendall Sharp granted Defendant's motion for summary judgment, and ordered Plaintiff's counsel to pay Defendant's attorneys' fees as a sanction pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927. Docket 44 at 9. Judge Sharp instructed Defendant to file

a motion for its attorneys' fees, which it did on June 20, 2007. Docket 49. Plaintiff's counsel requested additional time to conduct research and respond to the motion, and the Court granted the requested extension to July 19, 2007. Docket 53, 54.

On July 18, 2007, Plaintiff filed his Notice of Appeal. Docket 57. Plaintiff includes the award of sanctions as one of the orders being appealed. *Id.* Plaintiff's counsel simultaneously filed the instant motion to stay further proceedings on Defendant's motion for attorneys' fees and costs. Docket 58. Plaintiff argues that judicial economy would be served by staying further action on the motion for attorneys' fees as the sanctions order may be reversed. Defendant opposes the motion, contending that Plaintiff fails to show any reasonable chance of prevailing on appeal and that only a minimal effort by the Court will be required to determine whether the fees request of $18,570.50 is reasonable.

The only authority cited by either side is the unpublished decision in *Corwin v. Walt Disney World Co.*, 2005 WL 1126659 (M.D. Fla. May 9, 2005). In *Corwin*, the district court found that there was no authority which required the court to entertain and determine a motion for attorneys' fees under 28 U.S.C. § 1927 or the Copyright Act. *Id.* at *2. The court in that case determined that judicial efficiency would be served by awaiting the outcome of the appeal. *Id.* at *2-3. The Court, therefore, adopted the magistrate judge's report and recommendation that the Defendant's motion for attorneys' fees be denied without prejudice, subject to refiling at the completion of the appellate process. *Id.* at 1-2.

It is clear that the decision of whether to proceed with Defendant's motion for attorneys' fees falls within the Court's discretion. If Plaintiff prevails on appeal, the Court will have saved its efforts in adjudicating the amount of fees due. If Defendant prevails on appeal, the Court anticipates that

Defendant will seek to supplement its fees claims with the amount of fees incurred on appeal. In such case, it would be more convenient and less time consuming for the Court to consider all of the fees requests at one time.

**IT IS RECOMMENDED THAT:**

1. The Court grant [59] Plaintiff's motion to stay further proceedings on Defendant's motion for attorneys' fees and costs pending the appeal;

2. The Court deny without prejudice [49] Defendant's motion for attorneys' fees and costs; and

3. The Court order Defendant to file its motion for attorneys' fees and costs within twenty (20) days after issuance of the mandate by the United States Court of Appeals for the Eleventh Circuit, if appropriate.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 13, 2007.

*Donald P. Dietrich*
DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable G. Kendall Sharp