UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL CONTINI,

        Plaintiff,

-vs-                                            Case No. 6:06-cv-432-Orl-18UAM

UNITED TROPHY MFG., INC.,

        Defendant.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motions:

| MOTION: | MOTION TO STAY FURTHER PROCEEDINGS AS TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES & COSTS (Doc. No. 59) |
|---|---|
| FILED: | July 19, 2007 |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

| MOTION: | MOTION FOR ATTORNEYS' FEES (Doc. No. 49) |
|---|---|
| FILED: | June 20, 2007 |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

    On June 12, 2007, the Honorable G. Kendall Sharp granted Defendant's motion for summary judgment, and ordered Plaintiff's counsel to pay Defendant's attorneys' fees as a sanction pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927. Docket 44 at 9. Judge Sharp instructed Defendant to file

*[Handwritten annotation in margin: "So ordered 4 Sept 07" with signature, "G. KENDALL SHARP, U.S. DISTRICT JUDGE"]*